

# Fourth Court of Appeals
## San Antonio, Texas

May 7, 2015

No. 04-15-00117-CV

**RHINO CONTRACTORS, LLC,**
Appellant

v.

**VULCAN CONSTRUCTION MATERIALS, LP,**
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-15870
Honorable David A. Canales, Judge Presiding

# O R D E R

Appellant's unopposed motion for leave to file reply letter brief is GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court